IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24-280-GJP |
| ZAVEN YEGHIAZARYAN | : | |

**O R D E R**

AND NOW, this 15th day of August, 2024:

1. The defendant, Zaven Yeghiazaryan, is released on bail secured by the equity in the following properties, in the amount assessed by the Clerk's Office

    a. 14 Providence Court, Newtown PA 18940

    b. 321 Milford Court, Newtown PA 18940

    c. 1000 Washington Avenue Croyden PA 19021

The Clerk's Office requirements, including appraisals, are not waived. In addition, the defendant must execute an agreement to forfeit the properties listed above.

2. The defendant understands and agrees that the properties that are posted to secure the bail may not be sold, pledged, mortgaged or transferred to anyone else without prior Court approval.

3. The defendant shall report to Pretrial Services as directed.

4. The defendant shall submit to GPS Location Monitoring at the address of 14 Providence Court, Newtown PA 18940. Based on the Court's finding that the defendant has adequate financial resources, the defendant is directed to pay the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

5. The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations, or other activities approved in advance by the pretrial services office or supervising officer.

6. The defendant, Maryana Dendyak, and their children must surrender their passports to the Clerk of Court and the defendant may not be released until those passports are surrendered. The defendant must not apply for a passport in his name or any other, and must not obtain travel documents from the Armenian authorities. Within one day of the defendant's release, a representative of the defendant must deliver a letter to the Armenian Consulate advising that the defendant will not seek the Consulate's authority or permission to obtain any type of travel documents. A form of that letter is attached. Maryana Dendyak will submit a Declaration certifying that she will not apply for duplicate passports, while the originals remain in the custody of Pretrial Services.

7. The defendant's travel is restricted to the Eastern District of Pennsylvania, unless prior permission to travel outside the district is granted by Pretrial Services.

8. The defendant shall surrender any firearms and refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides on pretrial supervision must be removed from the premises during this period. The defendant shall execute a Prohibition on Possession of Firearms Agreement prior to being released.

9. The defendant shall have no contact with defendants in related cases, or potential witnesses including Serj Gevorgyan, Stanislav Bril, Artak Abgaryan, Vadim Shapiro, Aram or Davit Margaryan, Vladimir Baghdarsaryan, Tigran Babakhanyan, Lavon Baghdarsaryan, Artashes Harutyunyan, and Seryozha Khachatryan.

10. The defendant may not visit commercial transportation establishments including airports, seaports/marinas, train stations or commercial bus terminals.

11. Should the defendant need to visit the Armenian consulate for any reason, he must have prior Court permission.

12. The defendant must maintain gainful employment. Defendant shall have no access to personal identifying information of others in connection with his employment.

13. As a further condition of release, the defendant shall not commit a federal, state or local crime during the period of release. The commission of a federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony, or a term of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

BY THE COURT:

_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge